UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:19-cr-91-JDL |
| ) | |
| HEATHER BORST ) | VIOLATIONS: |
| ) | Title 18 U.S.C. § 1347 and 1349 |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

### Conspiracy to Commit Health Care Fraud
### 18 U.S.C. § 1349

1. From at least about January 2015 through and until approximately June 2017, in the District of Maine, the defendant,

**HEATHER BORST**

conspired and agreed with others known and unknown, to willfully execute, and attempt to execute a scheme or artifice (1) to defraud MaineCare; and (2) to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under custody and control of MaineCare in connection with the delivery of or payments for healthcare benefits, items and services, in violation of Title 18, United States Code, Section 1347.

### PURPOSE OF THE CONSPIRACY

2. The purpose of the conspiracy was for the defendant and co-conspirators to unlawfully enrich themselves by, among other things billing MaineCare, and receiving reimbursement from MaineCare, for healthcare services and interpreter services which services were either not

provided or were provided for less duration than billed;

## MANNER AND MEANS

3.  It was part of the conspiracy that from about January 2015 through June 2017, HEATHER BORST was a health care provider who provided services to MaineCare beneficiaries.

4.  It was further part of the conspiracy that HEATHER BORST billed MaineCare for services that were greater than the actual services she and other conspirators provided.

5.  It was further a part of the conspiracy that HEATHER BORST and other conspirators created documentation to make it appear that she and other conspirators were providing services to MaineCare beneficiaries that were greater than the actual service provided.

6.  MaineCare then reimbursed HEATHER BORST based upon the false and fraudulent billings.

7.  HEATHER BORST then paid other conspirators based upon the payments made by MaineCare.

In violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION
### (Health Care Fraud Forfeiture)

8.  Upon conviction of health care fraud conspiracy, in violation of Title 18, United States Code, Section 1349 as alleged in Count 1 of this Indictment, defendant

### HEATHER BORST

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense(s).

9. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18 United States Code, Sections 982(a)(7) and 24(a) and Title 28 United States Code, Section 2461(c).

Dated: 5/22/19

Halsey B. Frank
United States Attorney

_____
Assistant United States Attorney