U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2019 MAY 22 A 10: 58
DEPUTY CLERK

**Information Synopsis**

| | |
|---|---|
| **Name:** | Heather Borst |
| **Address: (City & State Only)** | Norway, Maine |
| **Year of Birth and Age:** | 1963 54 years old |
| **Violations:** | Count One: Health Care Fraud, in violation of 18 USC 1347, 1349 |
| **Penalties:** | Count One: Imprisonment of not more than 10 years (18 U.S.C. §1347), and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both. 18 U.S.C. § 3571(b)(3)<br><br>This count is a Class C felony pursuant to 18 U.S.C.§3559(a)(4) |
| **Supervised Release:** | Count One: Not more than 3 years, 18 USC §3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count One: Not more than 2 years, 18 USC §3583(e) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: 3 Years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |
| **Defendant's Attorney:** | Richard Berne, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | HHS - S/A Brian Pellerin |
| **Detention Status:** | Notice to Attorney |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |
| **AUSA:** | Daniel J. Perry |

| | |
|---|---|
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Mainecare |
| **Assessments:** | $100 per count |