UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-cr-91-JDL |
| | ) | |
| HEATHER BORST | ) | |

## GOVERNMENT'S VERSION OF THE OFFENSE

Had the case proceeded to trial, the evidence would have shown beyond a reasonable doubt that from approximately January 2015 through approximately June 2017, this defendant executed a scheme to defraud MaineCare in connection with the delivery of or payments for healthcare services.

The evidence would include testimony from lay witnesses, law enforcement personnel involved in the investigation, and public agency records. This evidence would establish the facts outlined below.

For all times relevant to this case, Medicaid was a health care benefit program funded with federal and state funds. It was administered by the U.S. Department of Health and Human Services and by state agencies. In Maine, Medicaid was part of MaineCare and was administered by the Maine Department of Health and Human Services.

Defendant Borst was a MaineCare approved healthcare provider of mental health counseling. Most of the services provided by Defendant Borst were billed in 15 minute intervals.

MaineCare would reimburse providers for interpreter services when interpretation services were necessary and reasonable for a provider to communicate effectively with members regarding health needs. Interpreter services were only covered in conjunction with another MaineCare covered service.

MaineCare data shows that beginning in January 2015, Defendant Borst began submitting claims for treating numerous patients that were billed with interpreter services. A review of the claims submitted by Defendant Borst from 2015-June 2017 revealed that almost all of the claims she submitted for her services and the attendant interpreter services were for 10 units each which meant the defendant claimed each visit lasted 2.5 hours.

A review of the claims data revealed that Defendant Borst submitted claims for services to beneficiaries on numerous days where more than 10 hours of services were claimed to have been rendered and at least one day when more than 24 hours of services were rendered.

In the spring of 2017, investigators conducted surveillance on Defendant Borst's office on several occasions. On some days, the investigators observed no clients visit the office. On at least one occasion, they observed that the office appeared to be closed. On occasions where the investigators observed any clients visit the practice, the agents observed that the visits were very brief, lasting approximately 10-15 minutes. After the agents conducted surveillance, they reviewed the claims submitted by defendant on the dates of surveillance and they discovered that on each of these days, defendant Borst submitted claims for numerous patient visits that each lasted 2.5 hours.

As part of the investigation, investigators requested medical records from Defendant Borst's practice. A review of the records produced revealed that many records were missing and that many of the records appeared to have been generated not in the course of her medical practice.

In June 2017, investigators interviewed the defendant. She admitted that she had been submitting false claims to MaineCare since 2015 for both her services and the interpreter

services. She admitted that she submitted claims for visits that never occurred. She further admitted that many of her visits were short visits but that she billed every visit for 2.5 hours.

A review of Mainecare data reveals that MaineCare reimbursed defendant for most of the claims she submitted for her services and the interpreter services.

Dated at Portland, Maine this 21st day of May, 2019.

                        HALSEY B. FRANK
                        UNITED STATES ATTORNEY


                        /s Daniel J. Perry
                        Daniel J. Perry
                        Assistant U.S. Attorney
                        U.S. Attorney's Office
                        100 Middle St.
                        Portland, ME 04101

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

### CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019 I mailed the foregoing Government's Version of the Offense to the following:

Richard Berne, Esq.

/s/Daniel J. Perry
Assistant United States Attorney