UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. HEATHER BORST

DOCKET NO:  2:19-cr-00091-JDL-01

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Letter from Defendant | 1/6/2022 | 1/6/2022 |  | 1/6/2022 |
|  | 2a |  | Letter from Alanna Borst | 1/6/2022 | 1/6/2022 |  | 1/6/2022 |
|  | 2b |  | Letter from David Borst, Jr. | 1/6/2022 | 1/6/2022 |  | 1/6/2022 |
|  | 2c |  | Letter from David Borst | 1/6/2022 | 1/6/2022 |  | 1/6/2022 |
|  | 2d |  | Letter from Diane Borst | 1/6/2022 | 1/6/2022 |  | 1/6/2022 |
|  | 2e |  | Letter from Mary Ann Wentworth | 1/6/2022 | 1/6/2022 |  | 1/6/2022 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |